# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

   v.                        MAGISTRATE JUDGES' DOCKET
                               NO. 2004M0432RBC
                               (D. Mass.)

                               CASE 04 CR 012 F
                               (D. Colorado)

VICTOR BELOV.

## *ORDER OF REMOVAL*

COLLINGS, U.S.M.J.

    After a hearing at which the defendant was represented by counsel, the defendant stipulated to his identity and agreed to removal to the District of Colorado.

    Accordingly, it is ORDERED that the defendant, VICTOR BELOV, be, and he hereby is, REMOVED to the United States District Court for the District of Colorado.  VICTOR BELOV is ORDERED to appear at Courtroom #4,

Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado on MONDAY, *JANUARY 26, 2004 AT 10:00 A.M.*

Bail is returnable in the United States District Court for the District of Colorado.

A copy of the within Order shall be mailed to the defendant by certified mail, return receipt requested and by regular. Copies shall be forwarded to AUSA Merritt and Federal Defender Byrne.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 20, 2004.