UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-432-RBC |
| | ) | |
| VICTOR BELOV | ) | |

### MOTION FOR FUNDS FOR TRANSPORTATION

Defendant Victor Belov respectfully moves, pursuant to 18 U.S.C. § 4285, that this court order the U.S. Marshal Service to provide defendant with airfare for transportation from Boston, Massachusetts to Denver, Colorado and back, to allow defendant to attend the court appearance scheduled for January 26, 2004 in the United States District Court for the District of Colorado (Criminal Case Number: 04-CR-012-F).

Defendant also moves that Pretrial Services be ordered to provide defendant with lodging while in Colorado.

As grounds for this motion, defendant states that the initial court appearance requires defendant's presence. Defendant has been found to be indigent.

VICTOR BELOV
By his attorney,

Catherine K. Byrne
B.B.O. # 543838
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that a true copy of the above document was served upon Theodore Merrit, by delivery on January 21, 2004.

Catherine K. Byrne